Harry Albert WILSON,
Plaintiff/Appellant,

v.

MISSOURI BOARD FOR ARCHI-
TECTS, PROFESSIONAL ENGI-
NEERS AND LAND SURVEYORS,
Defendant/Respondent.

No. ED 76378.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 9, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 14, 2000.

Stephen H. Gilmore, St. Louis, for ap-
pellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Penny R. Rector, Asst. Atty. Gen, Jeffer-
son City, for respondent.

Before CRANDALL, P.J. and SIMON,
J. and HOFF, J.

ORDER

PER CURIAM.

Harry Albert Wilson (Wilson) appeals
the trial court's judgment sustaining the
decision of the Board of Architects, Profes-
sional Engineers and Land Surveyors
(Board) permanently revoking his engi-
neering license. Wilson argues the trial
court erred in: 1) failing to review the
agreement entered into between Wilson
and the Board, 2) failing to find the Board
did not have authority to discipline Wilson
without filing a complaint with the Admin-
istrative Hearing Commission, and 3) rely-
ing on Section 621.045(5) RSMo Supp.1995.

We have reviewed the briefs of the par-
ties, the legal file, and the record on ap-
peal, and find the claims of error to be
without merit. The judgment is supported
by substantial evidence and is not against
the weight of the evidence. No error of
law appears. The issues in this case are
identical to the issues in the recent Mis-
souri Supreme Court case *Mendelsohn v.
State Registration for the Healing Arts,* 3
S.W.3d 783 (Mo. banc 1999), which we find
dispositive. An extended opinion would
have no precedential value. Judgment af-
firmed pursuant to Rule 84.16(b).